# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| Douglas Hillhouse, | ) | |
|     Plaintiff, | ) | Case No: 3:17 CV 50178 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| S.S.I. | ) | |
|     Defendant. | ) | |

## REPORT AND RECOMMENDATION

On 8/4/2017 the Court denied the plaintiff's motion to proceed in forma pauperis, and directed him to pay the filing fee by 8/18/2017. Dkt. 8. The Court also warned the plaintiff that failing to pay the filing fee may result in a Report and Recommendation that the case be dismissed. Id. To date, the fee has not been paid. Accordingly, it is this Court's Report and Recommendation that this case be dismissed for failure to pay the filing fee and for failure to prosecute. Any objection must be filed by 9/8/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: August 23, 2017                          /s/ Iain D. Johnston
                                                                           U.S. Magistrate Judge