# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| Douglas Hillhouse, | ) | |
| --- | --- | --- |
| *Plaintiff*, | ) | |
| v. | ) | Case No: 17 C 50178 |
| S.S.I., | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

## ORDER

Before the court is a report and recommendation ("R&R") [9] from the magistrate judge recommending dismissal of this matter. The magistrate judge reports that plaintiff's motion to proceed in forma pauperis was denied, plaintiff was directed to pay the filing fee by 8/18/2017, and that plaintiff failed to do so. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, see 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and dismisses the case. This case is closed.

Date: 9/11/2017                                ENTER:

_____
FREDERICK J. KAPALA
District Judge